**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL COURTS HESTER, ) | NO. CV 13-3079-JVS(E) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| DEPT. OF CORRECTIONS, et al., ) | |
| Respondents. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 18, 2013

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE